OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 10 2015

9/2/2015
SMITH, THOMAS I.　　　Tr. Ct. No. 505112　　　WR-83,064-02
On this day, this Court has denied applicant's "MOTION FOR LEAVE".

Abel Acosta, Clerk

THOMAS I. SMITH

RETURN TO SENDER
NEED FULL NAME, SPN#, AND
CELLBLOCK # TO IDENTIFY INMATE

43B 77002